# United States District Court

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
| V. | |
| Carla Sikinger | CASE NUMBER: 6:06-mj-0006-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

IT IS SO ORDERED.

**Dated:**   February 23, 2007            /s/  **William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE